UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald D. Jackson,                                      Case No. 3:16-cv-757

            Plaintiff

v.                                                  MEMORANDUM OPINION

Commissioner of Social Security,

            Defendant

Before me is the January 26, 2017 Report and Recommendation of Magistrate Judge Kathleen B. Burke recommending the Commissioner's final decision to deny Plaintiff's s application for disability insurance benefits and supplemental security income be reversed and remanded. (Doc. No. 17).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001). In this case, the fourteen day period has elapsed and no objections have been filed.

The Defendant states it will not be filing objections to the Report and Recommendation. (Doc. No. 18).

Following review of the Magistrate Judge's Report and Recommendation, I adopt the Report and Recommendation (Doc. No. 17) in its entirety as the Order of the Court. The decision of the Commissioner is reversed and remanded for further proceedings consistent with Magistrate Judge Burke's Report and Recommendation.

So Ordered.

                                                 s/ Jeffrey J. Helmick
                                                 United States District Judge